**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARRON MCKINNEY, SR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-7249** |
| | : | |
| **MARSHALL MITCHELL, M ADRIAN KING, HOLY SMOKE INVESTMENT GROUP, LLC, CHEYNEY LINCOLN PARTNERS LLC** | : | |

# ORDER

**AND NOW**, this 18th day of November 2026, upon considering Defendant M. Adrian King's pro se Motion to dismiss (ECF 6) Counts one, three, four, five, six, seven, and eight, his later filed Motion to dismiss (ECF 7) purporting to attach an amended Memorandum of law, and finding no basis for two pending Motions seeking the same relief, it is **ORDERED** we **DENY** the earlier filed Motion (ECF 6) and will proceed in reviewing the later filed Motion to dismiss (ECF 7) attaching the amended Memorandum.

**KEARNEY, J.**